IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EMERALD COAST HOUSING II/CQ CORP.,
     Plaintiff,

vs.                                                      Case No.:  3:15cv5/RV/EMT

MICHAEL A. EVANS,
     Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 2, 2015 (doc. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The removal is **DISMISSED** as improper and the clerk is directed to **REMAND** this case to the County Court in and for Okaloosa County, Florida.

**DONE AND ORDERED** this 1st day of April, 2015.

/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**